AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

MELVIN ERIC GEORGE
DOB: 5/31/1968
PDID: 396450

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 8, 2005__ in __Washington, D.C.__, District of Columbia defendant(s) did, (Track Statutory Language of Offense)

willfully and unlawfully, and by force and violence, and by intimidation, did take from the person or presence of another, approximately $2,095.00 in money, belonging to and in the care, custody, control, management, and possession of CitiBank, located at 1749-1/2 Columbia Rd., N.W., Washington, D.C., the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC).

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am __Anthony Johnson, Detective with the Metropolitan Police Department__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

AUSA, Frederick W. Yette   (202) 353-1666
Sworn to before me and subscribed in my presence,

Signature of Complainant
Anthony Johnson, Detective
Metropolitan Police Department

_____           at   __Washington, D.C.__
Date                                              City and State

_____           _____
Name & Title of Judicial Officer              Signature of Judicial Officer