## AFFIDAVIT IN SUPPORT OF ARREST WARRANT
## FOR MELVIN ERIC GEORGE

I, Det. Anthony Johnson, of the Metropolitan Police Department ("MPD"), being duly sworn, depose and state as follows:

1. I have been an officer and detective with MPD since 1986. I am currently assigned to the Bank Robbery Squad in Washington, D.C., and have been so assigned since 1995. I have participated in investigations and search warrants that have resulted in the convictions of numerous defendants.

2. This affidavit is submitted in support of an arrest warrant for **MELVIN ERIC GEORGE** (the "suspect" or "**GEORGE**"), date of birth May 31, 1968, for Bank Robbery, in violation of 18 U.S.C. 2113(a).

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the suspect are described below.

4. On Thursday, December 8, 2005, at approximately 12:58 p.m., a lone black male walked into the CitiBank, 1749-1/2 Columbia Road, Northwest, Washington, D.C., a federally insured financial institution, and approached teller window 3. When the teller asked whether she could help the suspect, who was later identified as **MELVIN ERIC GEORGE**, the suspect unzipped a black bag and handed the teller a note. According to the teller, the note said something to the effect:

"$10,000 or everyone will be shot."

5. The teller told the suspect that she did not have that much money, but she did give him the money from her top drawer. The bank has determined that the suspect received $2,095. The suspect then gestured for the teller to return the demand note. After receiving the money and the demand note, the suspect left the bank. The teller has described the suspect who robbed her as 6 feet tall, slim, in his mid 30's, with a medium complexion, and wearing a black hooded jacket. The teller also said that the robber had a small black bag which resembled a camera bag.

6. On December 14, 2005, at approximately 9:30 a.m., a woman named Jenene George visited the Metropolitan Police Department Robbery Squad at 300 Indiana Avenue, N.W., Washington, D.C. At that time, Ms. George met with Detective Anthony Johnson and informed him that her brother, **MELVIN ERIC GEORGE**, robbed a CitiBank on December 8, 2005. Ms. George told the detective that her brother had recently been released from prison and that he was given permission by the parole authorities to live with her, temporarily, at her home, 2312 Ainger Place, S.E., Washington, D.C., Apartment 13. Det. Johnson spoke to parole authorities and confirmed that **GEORGE** had been released from prison on December 5, 2005. Ms. George stated that on December 8, 2005, **GEORGE** returned to her apartment with a black bag full of money, which he showed to her. When she inquired about where the money came from, **GEORGE** told her that he had robbed a bank that day. Ms. George reported that at the time of this conversation, her brother was wearing a black jacket, blue jeans, a white t-shirt, glasses and a striped knit cap.

7. During the interview with Ms. George on December 14, 2005, Det. Johnson obtained an individual photograph of **MELVIN ERIC GEORGE** from files maintained by MPD. Ms. George looked at the photo and confirmed that the photo depicted her brother. The detective then showed

Ms. George a wanted poster that contained two bank surveillance photographs of the man who robbed the CitiBank on Columbia Road, on December 8, 2005. Ms. George saw the photos and said "that's him," indicating that the robber was her brother, **MELVIN ERIC GEORGE**.

      8. On December 27, 2005, on her own initiative, Ms. George returned to the MPD robbery squad to talk to the undersigned detective. At that time, Ms. George informed the detective that **GEORGE** had recently threatened her daughter with harm and, on December 26th, had also threatened her, that is, Ms. George, with a gun because he believed Ms. George and her daughter had been talking about him in the neighborhood. Ms. George stated that she reported the threats to the police and that on December 26th, when the police came to her apartment, **GEORGE** fled the apartment and is no longer welcomed in her apartment. On December 27th, Ms. George brought with her a number of items that belonged to the defendant, which she found under her daughter's bed in her apartment. She showed detectives the items, which included a striped knit hat, and a black bag that contained several pieces of identification with **GEORGE**'s name and photo on them. According to Ms. George, the cap is the same cap her brother was wearing during their conversation on December 8th, the day of the robbery. In addition, according to Ms. George, the black bag is the same bag that the defendant had the money in on December 8th.

      9. The undersigned has compared the known photo of **GEORGE** with the bank surveillance photos and videotape of the suspect taken during the robbery. Based on a comparison of the known photo of **GEORGE** with the images of the robber in the surveillance videotape and photos, the undersigned detective believes that the images are of the same person. Furthermore, the bank surveillance photos show that the robber was wearing a striped cap. The knit cap that Ms. George delivered to the police is multi-colored and has a striped pattern that is consistent with the stripes in

the hat that the robber was wearing during the CitiBank robbery.

    10. Based on the foregoing, the affiant submits that there is probable cause to believe that on or about December 8, 2005, **MELVIN ERIC GEORGE** did unlawfully, knowingly and intentionally, rob the CitiBank, located at 1749-1/2 Columbia Road, Northwest, Washington, D.C., in violation of 18 U.S.C. 2113(a).

                                                              _____
                                                              Det. Anthony Johnson
                                                              Metropolitan Police Department

Sworn and subscribed to before me this _____day of December, 2005.

                                                              _____
                                                              United States Magistrate Judge