**S 3600 '05**

Dist Court Case      05-676 M

| Papers nt(s) ___ Filed ___ / | Court File Date .1... | LOCK UP L-11 | PDID ___ DOB ___ CCR ___ |
|---|---|---|---|

☐ CITATION   ☐ BOND   ☐ Collateral $ _____   Page _____

| DEFENSE COUNSEL ☐ PRO SE | CODE | S C A R | DATE WITHDRAWN |
|---|---|---|---|
| 1. _____ | _____ | ☐ ☐ ☐ ☐ | _____ |
| 2. _____ | _____ | ☐ ☐ ☐ ☐ | _____ |

anor ___

Dist Court

| PROSECUTOR | CODE | ASSIGNED TO JUDGE |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | Cal. Number _____ |

☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel.

☐ LINEUP ORDER FILED

Count(s) _____   PLEA: ☐ Not Guilty   ☐ Guilty, JUDGMENT Guilty

☐ Sworn Statement Filed Rule 5(c) Determination   ☐ Made   ☐ Waived

| CONTINUED DATE | | BOND CONDITIONS |
|---|---|---|
| PREL. HEARING | | BOND AMOUNT $ |
| STATUS HEARING | | ☐ CASH ___ % ☐ SURETY |
| JURY TRIAL | | ☐ PERSONAL RECOGNIZANCE |
| NON-JURY | | ☐ Third Party Custodian |
| | | ☐ Contribution Ordered |

ROBATION

☐ 163 FILED

ce Date

Due Date

acket Ready For Probation

Received in Probation

acket Returned to Crim. Div.

Diversion

Date Admitted

☐ Defendant Advised of Penalties for Failure to Appear.

DISTRICT COURT CASE SET 1-3-06 @ 9:30 AM, J/ROBINSON NO BOND SET. △ ARR'd.

Count(s) _____   Nolle Prosequi Prosecutor: _____

| COURT REPORTER | TAPE ☐ C10 | CLERK M | JUDGE/COMM. ROSS |
|---|---|---|---|

☒ NEW COMMITMENT   ☐ BACK TO JAIL O.C.   ☐ RELEASE EXECUTED   ☐ NOT IN CUSTODY

| DISPOSED | | | | PENDING | | | | |
|---|---|---|---|---|---|---|---|---|
| CLOSED | CONT. PAY | ShowCause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated By |

ATE:

**FINAL DISPOSITION ONLY**

_____

_____

_____

_____

_____

unt(s) _____   Nolle Prosequi Prosecutor: _____

| URT REPORTER | TAPE ☐ | CLERK | JUDGE/COMM. |
|---|---|---|---|

☐ NEW COMMITMENT EXECUTED   ☐ BACK TO JAIL O.C.   ☐ RELEASE EXECUTED   ☐ NOT IN CUSTODY

---

Side panel:

UNITED STATES
VS
GEORGE, MELVIN ERIC
Lockup Nbr: 11

PDID:
DOB:
CCR:

**FILED**
JAN 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Superior Court of the District of Columbia
**CRIMINAL DIVISION**