ev. 12/85) Warrant for Arrest                                C 239388

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

MELVIN ERIC GEORGE

**WARRANT FOR ARREST**

CASE NUMBER: 05 - 676M-01

To: The United States Marshal
and any Authorized United States Officer

**FILED**

JAN 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest ___MELVIN ERIC GEORGE___
                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

willfully and unlawfully, and by force and violence, and by intimidation, did take from the person or presence of another, approximately $2,095.00 in money, belonging to and in the care, custody, control, management, and possession of CitiBank, located at 1749-1/2 Columbia Rd., N.W., Washington, D.C., the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC).

in violation of Title __18__ United States Code, Section(s) __§ 2113(a)__.

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

*John M Facciola*

Signature of Issuing Officer

Title of Issuing Officer

DEC 2 8 2005     District of Columbia

Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ~~ARRESTING~~ OFFICER | SIGNATURE OF ~~ARRESTING~~ OFFICER |
|---|---|---|
| 1/3/06 | Reporting | Reporting |
|  | Fitzgerald, Derrick DUSM | *Derrick Fitzgerald* |
| DATE OF ARREST |  |  |
| 1/3/06 |  |  |