```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**       )
                                                       )
        **Plaintiff,**   )
                             )
           v.             ) MAG No. 05-0676 (DAR)
                             )
**MELVIN E. GEORGE,**         )
                             )
        **Defendant.**   )

---

### NOTICE OF CHANGE

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender TONY W. MILES, assumed responsibility for the defense of Mr. Melvin George in the above-captioned case.

Mr. Melvin George Bryant's case had previously been assigned to Assistant Federal Public Defender Lara G. Quint. and has been reassigned to Mr. Tony W. Miles.

                                       A.J. KRAMER
                                       FEDERAL PUBLIC DEFENDER

                                       /s/
                               _____
                               Tony W. Miles
                               Assistant Federal Public Defender
                               625 Indiana Avenue, N.W.
                               Suite 550
                               Washington, D.C.  20004
                               (202) 208-7500

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served upon Assistant United States Attorney Angela George by electronic means this 6th day of February, 2006.

                                       By:_____/s/_____
                                            Tony W. Miles