IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO. : 05-676M** |
| | : | |
| v. | : | |
| | : | |
| **MELVIN ERIC GEORGE,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that the Court dismiss, without prejudice, the pending complaint against the defendant. As grounds for this request, the government states that 30 days has elapsed since the date of the defendant's arrest, and the government's investigation continues.

Respectfully submitted,

KENNETH L. WAINSTEIN
D.C. Bar No. #451058
United States Attorney

By: _____
FREDERICK W. YETTE, #385391
Assistant United States Attorney
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov