IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO. : 05-676M** |
| | : | |
| **v.** | : | |
| | : | |
| **MELVIN ERIC GEORGE,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

Upon consideration of the government's motion to dismiss and for good cause shown, it is this

_____ day of February, 2006, hereby

**ORDERED**, that the pending complaint is hereby dismissed, without prejudice.

_____
U.S. Magistrate Judge

Copies to:

Frederick Yette
U.S. Attorney's Office, Rm. 4834

Tony Miles, Esq.
Federal Public Defender Service