IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. : 05-676M |
| | : | |
| v. | : | **FILED** |
| | : | |
| MELVIN ERIC GEORGE, | : | FEB 0 9 2006 |
| | : | |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |

### ORDER

Upon consideration of the government's motion to dismiss and for good cause shown, it is this ____ day of February, 2006, hereby

**ORDERED**, that the pending complaint is hereby dismissed, without prejudice.

_____
U.S. Magistrate Judge

Copies to:

Frederick Yette
U.S. Attorney's Office, Rm. 4834

Tony Miles, Esq.
Federal Public Defender Service